PEOPLE ex rel. CORNMAN et al., Respondents, v. BUTLER, Tenement House Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Proceedings by the people of the state of New York, on the relation of Charles Cornman and others,

against Edmond J. Butler, as tenement house commissioner of the city of New York. No opinion. Reargument ordered, and case set down for Tuesday, June 18, 1907.